UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CECILE L. CARRIERE, individually and on behalf of all others similarly situated,** | * * * | **CIVIL ACTION NO. : 10-1709** |
| Plaintiff, | * * | **SECTION:** **JUDGE SARAH S. VANCE** |
| VERSUS | * * | |
| **JACKSON HEWITT TAX SERVICE INC. et al.,** Defendants. | * * * * | **MAGISTRATE:** **MAGISTRATE JUDGE DANIEL E. KNOWLES** |

*************************************

## NOTICE OF ENTRY OF CONFIRMATION ORDER

**WHEREAS**, on May 24, 2011, Jackson Hewitt Tax Service Inc. and its subsidiaries (collectively, the "Debtors")[1] filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors' cases are jointly administered Case No. 11-11587 (MFW).

**WHEREAS**, on August 9, 2011, the Bankruptcy Court signed and entered its Findings of Fact, Conclusion of Law and Order (I) Approving (A) the Disclosure Statement Pursuant to 11 U.S.C. §§ 1125 and 1126(c), (B) Prepetition Solicitation Procedures, (C) Form of Ballot, and (D) Publication Notice, and (II) Confirming the Amended Joint Prepackaged Plan of Reorganization of Jackson Hewitt Tax Service Inc. and Subsidiaries [Docket No. 388], attached hereto as

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Jackson Hewitt Tax Service Inc. (9692), Jackson Hewitt Inc. (9705), Jackson Hewitt Technology Services LLC (2409), Tax Services of America, Inc. (7427), Jackson Hewitt Corporate Services Inc. (2415), and Hewfant Inc. (0545). The address for each of the Debtors, with the exception of Jackson Hewitt Technology Services LLC, is 3 Sylvan Way, Parsippany, NJ 07054. The address for Jackson Hewitt Technology Services LLC is 501 N. Cattlemen Rd., Sarasota, FL 34232.

938334.1

Exhibit A (the "Confirmation Order").  Pursuant to the Confirmation Order, the Bankruptcy Court confirmed the Amended Joint Prepackaged Plan of Reorganization of Jackson Hewitt Tax Service Inc. and Subsidiaries (the "Plan"), which is attached to the Confirmation Order as Exhibit A-1.

**WHEREAS**, the Confirmation Order discharges and releases all claims against the Debtors and Reorganized Debtors arising before August 16, 2011, the effective date of the Plan (the "Effective Date"), subject to certain limitations, and enjoins and precludes all persons from commencing and/or continuing any actions against the Debtors and Reorganized Debtors for such claims:

> 35.   <u>Discharge of Debtors.</u>  Upon the Effective Date, the Debtors, and each of them, shall be deemed discharged and released under section 1141(d)(1)(A) of the Bankruptcy Code from any and all known and unknown Claims, including, but not limited to, demands and liabilities that arose before the Effective Date in favor of any Person, including any and all current or former customers of the Debtors on account of the sale of financial products, including refund anticipation loans, and all debts of the kind specified in section 502 of the Bankruptcy Code, whether or not (a) a proof of claim based upon such debt is filed or deemed filed under section 501 of the Bankruptcy Code, (b) a Claim based upon such debt is Allowed under section 502 of the Bankruptcy Code, (c) a Claim based upon such debt is or has been disallowed by order of the Court, or (d) the Holder of a Claim based upon such debt accepted the Plan.
>
> 36.   As of the Effective Date, except as provided in the Plan or this Confirmation Order, all such Persons shall be precluded from asserting against the Debtors or the Reorganized Debtors, any other or further Claims, debts, rights, Causes of Action, claims for relief, liabilities, or equity interests relating to the Debtors based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Effective Date.  Except as provided in the Plan or this Confirmation Order, this Confirmation Order shall be a judicial determination of discharge of all such Claims and other debts and liabilities against the Debtors, pursuant to sections 524 and 1141 of the Bankruptcy Code, and such discharge shall void any judgment obtained against the Debtors at any time, to the extent that such judgment relates to a discharged Claim.
>
> 41.   <u>Injunctions.</u>  Except as provided in the Plan or this Confirmation Order, as of the Effective Date, all Persons that have held, currently hold, may hold, or allege that they hold, a Claim, obligation, suit, judgment, damage,

938334.1

demand, debt, right, Cause of Action, or liability that is released or discharged under Article IX of the Plan, including any and all former customers of the Debtors on account of the sale of financial products, including refund anticipation loans, are permanently enjoined from taking any of the following actions against the Debtors, the Reorganized Debtors, and their respective Affiliates and their property on account of any such released or discharged Claim, obligation, suit, judgment, damage, demand, debt, right, Cause of Action, or liability: (a) commencing or continuing, in any manner or in any place, any action or other proceeding; (b) enforcing, attaching, collecting, or recovering in any manner any judgment, award, decree, or order; (c) creating, perfecting, or enforcing any Lien or encumbrance; (d) asserting a setoff, right of subrogation, or recoupment of any kind against any debt, liability, or obligation due to any released Person; or (e) commencing or continuing any action, in each such case in any manner, in any place, or against any Person that does not comply with or is inconsistent with the provisions of the Plan or this Confirmation Order.

**THEREFORE**, any and all pre-Effective Date claims and causes of action, including the claims for relief or other claims brought against Jackson Hewitt Tax Services Inc. et al. in the case before this Court, are discharged and released as set forth in paragraphs 35 and 36 of the Confirmation Order.

**FURTHERMORE**, all further actions or proceedings related to the pre-Effective Date claims brought against Jackson Hewitt Tax Services Inc. et al. in the case before this Court are enjoined as set forth in paragraph 41 of the Confirmation Order.

Dated: August 17, 2011                **McGLINCHEY STAFFORD, PLLC**

/s/ Gerard E. Wimberly, Jr
Gerard E. Wimberly, Jr. (T.A.) La Bar No. 13584
Anthony Rollo, La Bar No. 01133
Dylan M. Tuggle, La Bar No. 31995
12th Floor, 601 Poydras Street
New Orleans, Louisiana  70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
Email: gwimberly@mcglinchey.com

Richard L. Brusca (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.

938334.1

        Washington, D.C. 20005-2111
        Telephone:  (202) 371-7000
        Facsimile:  (202) 393-5760
        E-mail:  Richard.Brusca@skadden.com
        ***Attorneys for Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc.***

## CERTIFICATE OF SERVICE

I certify that a copy of the this pleading has been forwarded to all counsel of record by the Court's CM/ECF electronic notice system, telecopy transmission, email, hand delivery, or by placing same in the U.S. Mail, postage prepaid, on August 17, 2011.

New Orleans, Louisiana, this 17th day of August, 2011.

        */s/ Gerard E. Wimberly, Jr*
        **GERARD E. WIMBERLY, JR.**

938334.1